H. ROY PENZELL, Appellant, *v.* JOHN O. EKBLOM, Respondent.

Argued April 21, 1955; decided June 2, 1955.

*Theodore S. Jaffin, Jerome Handler* and *Herbert Feiler* for appellant.

*John Logan O'Donnell, Leo P. Arnaboldi, Jr.,* and *David Page Seaman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.